# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 20-43083-399 |
| MICHAEL J. POIGNEE, ) | |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | Document No. 19 |

## AGREED ORDER ON TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF TENANCY BY ENTIRETY EXEMPTION

Charles W. Riske, Trustee ("Trustee") having filed his Objection to Debtor's Claim of Tenancy by Entirety Exemption (the "Objection"); the parties, Trustee and Michael J. Poignee ("Debtor") having announced a settlement of the Trustee's Objection, it is hereby

**ORDERED** that the Objection is hereby **SUSTAINED** in that the Debtor's claim of the tenancy by entireties exemptions under Section 522(b)(3)(B) of the Bankruptcy Code is sustained. It is further

**ORDERED** that the Trustee may administer upon assets claimed as exempt under Section 522(b)(3)(B) of the Code in order to allow the Trustee to administer upon such assets to the extent of any and all joint unsecured debts.

DATED: September 8, 2020  
St. Louis, Missouri  
snm

Barry S. Schermer  
United States Bankruptcy Judge

Respectfully submitted,

| | |
|---|---|
| CARMODY MACDONALD P.C. | ADAMS LAW OFFICE |
| By: */s/ Robert E. Eggmann* | By: */s/ Bryan T. Voss* |
| ROBERT E. EGGMANN (#37374) | BRYAN T. VOSS (#48029) |
| 120 S. Central Avenue, Suite 1800 | U.S. Bank Building |
| St. Louis, M 63105 | One Mid Rivers Mall Drive, |
| 314.854.8600 | Ste. 200 |
| 314.854.8660 – FAX | St. Peters, MO 63376 |
| ree@carmodymacdonald.com | 636.397.4744 |
| | 636.397.3978 – FAX |
| | bvoss@adamslawgroup.onmicrosoft.com |
| ATTORNEYS FOR TRUSTEE | ATTORNEYS FOR DEBTOR |

Copies to:

United States Trustee
111 S. 10th St., Ste. 6353
St. Louis, MO  63102

Charles W. Riske
Chapter 7 Trustee in Bankruptcy
215 Chesterfield Business Parkway
Chesterfield, MO 63005

Jack Justin Adams
Adams Law Group
1 Mid Rivers Mall Drive, Suite 200
St. Peters, MO 63376

Michael J. Poignee
23 Ellis Ave
Troy, MO 63379

Robert E. Eggmann, Esq.
Attorney for Trustee
Carmody MacDonald P.C.
120 S. Central Avenue, Suite 1800
St. Louis, MO  631705