**UNITED STATES BANKRUPTCY COURT**
Eastern District of Missouri
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, Fourth Floor
St. Louis, MO 63102

In re:  Michael J. Poignee
**Debtor(s):**
Michael J. Poignee
xxx–xx–0629 26–0292955, 46–1520491, 46–1516538

Case No.: 20–43083

Chapter: 7

**ORDER**

   A review of the Court file has revealed that certain reaffirmation agreements have been filed, and that the Debtor(s) was/were not represented by an attorney during the course of negotiating such agreements or that certain motions have been filed seeking approval of the reaffirmation agreements. Therefore,

   **IT IS ORDERED** that the Debtor(s) Michael J. Poignee and any parties seeking approval of a reaffirmation agreement in this case shall appear at a hearing on 11/4/20 at 02:00 PM in Thomas F. Eagleton U. S. Courthouse, 111 South Tenth Street, Courtroom 5 North – Fifth Floor, St. Louis, MO 63102, and present testimony and other evidence in support of the reaffirmation agreements or motions as may be required by 11 U.S.C. § 524. Any documents that support approval of such agreement(s) or motions are to be filed not later than the date and time of this hearing.

Dated: 10/7/20

United States Bankruptcy Judge

**Reported Alias Information:**
Michael J. Poignee – M&M Tanning, LLC
MEM Tanning, LLC
MMLKE Properties, LLC

_

12/05